CLERKS OFFICE US DISTRICT COURT
AT ABINGDON, VA
FILED
November 03, 2026
LAURA A. AUSTIN, CLERK
BY: /s/ Robin Bordwine
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

| | | |
|---|---|---|
| **IN THE MATTER OF THE ARREST OF:** | ) | **No.** 1:26mj00074 |
| | ) | **Filed Under Seal** |
| **JAMIE CECIL MCKINNEY** | ) | |

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Lindsey Rosson, being first duly sworn, do hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") assigned to the FBI's Richmond Division, Bristol Resident Agency. I have been a Special Agent with the FBI since August 1, 2021. I have received training in federal law, interviewing and interrogation techniques, physical surveillance, tactics, firearms, search and seizure procedures, and arrest procedures at the FBI Academy in Quantico, VA.

2. I have experience with cases involving the following crimes: crimes against children, conspiracy, financial crimes, and other violations of Title 18 of the United States Code. I also have experience utilizing the following investigative techniques and procedures: interviewing suspects, victims, and witness; identification and collection of computer-related evidence; search warrants for online accounts and electronically stored information; and executing arrest warrants.

In addition to my basic law-enforcement training at the FBI Academy, I have also received training in the following areas: financial investigations; criminal use of email, social media, and telephonic communications; Title III wire interceptions; and forensic search procedures.

3. I am an "investigative or law enforcement officer" within the meaning of 18 U.S.C. § 2510; that is, an officer of the United States of America who is empowered to investigate and make arrests for offenses alleged in this warrant. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary for the limited purpose of establishing probable cause for the requested arrest warrant. The assertions in this affidavit are true to the best of my knowledge and belief.

4. Based on the facts set forth in this affidavit, there is probable cause to believe that violations of 47 U.S.C. § 223(h)(3)(A), Intentional Disclosure of Nonconsensual Intimate Visual Depictions, have been committed by JAMIE CECIL MCKINNEY ("MCKINNEY").

## STATUTORY AUTHORITY

5. Whoever in interstate or foreign commerce uses an interactive computer service to knowingly publish a digital forgery of an identifiable individual who was not a minor and

a. the digital forgery was published without consent of the identifiable individual;

b. what was depicted was not voluntarily exposed by the identifiable individual in a public or commercial setting;

c. what was depicted was not a matter of public concern; and

d. publication of the digital forgery was intended to cause harm, including psychological harm, to the identifiable individual

is in violation of 47 U.S.C. § 223(h)(3)(A).

## TECHNICAL TERMS

6. Based on my training and experience, and information acquired from other law enforcement officials with technical expertise, I know the terms described below have the following meanings or characteristics:

7. “Consent” means an affirmative, conscious, and voluntary authorization made by an individual free from force, fraud, duress, misrepresentation, or coercion.

8. A “digital forgery” means any intimate visual depiction of an identifiable individual created through the use of software, machine learning, artificial intelligence, or any other computer-generated or technological means, including by adapting, modifying, manipulating, or altering an authentic visual depiction, that, when viewed as a whole by a reasonable person, is indistinguishable from an authentic visual depiction of the individual.

9. An “identifiable individual” means an individual who appears in whole or in part in an intimate visual depiction and whose face, likeness, or other distinguishing characteristic (including a unique birthmark or other recognizable feature) is displayed in connection with such intimate visual depiction.

10. An “interactive computer service” means any information service, system, or access software provider that provides or enables computer access by multiple users to a computer server, including specifically a service or system that provides access to the Internet and such systems operated or services offered by libraries or educational institutions.

11. An “intimate visual depiction” means a visual depiction that depicts the uncovered genitals, pubic area, anus, or post-pubescent female nipple of an identifiable individual and includes any visual depictions produced while the identifiable individual was in a public place only if the individual did not voluntary display the content depicted or consent to the sexual conduct depicted.

## FACTS ESTABLISHING PROBABLE CAUSE

12. In May 2026, Tazewell County Sheriff's Office reported to the FBI Richmond Division, Bristol Resident Agency that MCKINNEY repeatedly posted an artificial intelligence ("AI") generated nude image of Tazewell County Sheriff BRIAN HIEATT ("HIEATT") and Tazewell County Sheriff's Office employee CATHERINE SEABOLT ("SEABOLT") without their consent for the purposes of harassing and intimidating Tazewell County Sheriff's Office employees.

13. MCKINNEY is known to Tazewell County Sheriff's Office employees as Tazewell County Sheriff's Office has received multiple calls and reports regarding MCKINNEY's conduct throughout the years. Recently, MCKINNEY has indicated he is upset with Tazewell County Sheriff's Office.

14. On or around September 26, 2025, MCKINNEY was charged with a misdemeanor violation of Virginia Code Section 18.2-119, Trespass after Forbidden, by Pocahontas Police Department. MCKINNEY had previously been prohibited from the premises of the Dollar General located in Pocahontas, Virginia and violated the trespass notice. After receiving the charge, MCKINNEY stood on the sidewalk outside the Pocahontas Police Department and shouted at the part-time officer for weeks. MCKINNEY also repeatedly called the Mayor of

Pocahontas, Virginia, to complain about the part-time officer. The part-time officer resigned due to MCKINNEY's harassment.

15. MCKINNEY is currently dating KASSIDY AUSTIN ("AUSTIN"). AUSTIN was employed as a Tazewell County Sheriff's Office Deputy. AUSTIN's employment with Tazewell County Sheriff's Office was terminated on or around April 2026 for unprofessional conduct. Following AUSTIN's termination, MCKINNEY started extending his middle finger at any Tazewell County Sheriff's Deputy MCKINNEY encountered and posting negative comments about Tazewell County Sheriff's Office on MCKINNEY's Facebook profile, identification number jamie.mckinney439752.

16. On May 8, 2026, MCKINNEY sent a message to Tazewell County Sheriff's Deputy TRENT SAGADY ("SAGADY"), Facebook identification number trent.sagad via Facebook Messenger. MCKINNEY sent the message from Facebook identification number jamie.mckinney439752. The message stated, "You tell Chris Turner I'm sorry but y'all boss will pay for what he has done I don't fuck with nobody work and come home he didn't have to do what he did you will see when ur job is gone he's a true piece of shit." [1] SAGADY did not respond to the

[1] CHRIS TURNER ("TURNER") is another Tazewell County Sheriff's Office Deputy. MCKINNEY had extended his middle finger at TURNER when MCKINNEY saw TURNER earlier that day. "Y'all boss" presumably refers to HIEATT. "What he has done" presumably refers to the termination of AUSTIN's employment.

message. SAGADY provided screenshots of the message to the Federal Bureau of Investigation, Richmond Division, Bristol Resident Agency.

17. On May 22, 2026, Tazewell County Sheriff's Office was tasked with serving MCKINNEY multiple protective orders issued by the Tazewell Juvenile and Domestic Relations District Court. Tazewell County Sheriff's Office Deputies attempted to serve the protective orders on MCKINNEY at his residence on May 22, 2026. MCKINNEY was not home and the Deputies left without serving the orders. Following attempted service, MCKINNEY called 911 and told the dispatcher that Tazewell County Sheriff's Office Deputies were not allowed on his property and better "back the fuck off."

18. On May 23, 2026, Tazewell County Sheriff's Office Deputies again attempted to serve the protective orders on MCKINNEY at his residence. MCKINNEY was not home and the Deputies left without serving the orders. Following the attempted service, MCKINNEY called 911 again and told the dispatcher Tazewell County Sheriff's Office Deputies were not welcome on MCKINNEY's land and instructed the Deputies not to serve the protective orders.

19. On May 23, 2026, at approximately 7:15 PM Eastern Daylight Time ("EDT"), MCKINNEY posted an AI generated nude image of HIEATT and SEABOLT to MCKINNEY's Facebook profile, identification number jamie.mckinney439752 . Both HIEATT and SEABOLT are readily identifiable as

their faces appear in the image. HIEATT and SEABOLT are standing next to each other in front of what appears to be a Christmas tree. What appears to be HIEATT's penis and SEABOLT's vagina are exposed. SEABOLT's breasts are covered by two plaques she is holding. MCKINNEY captioned the post, "Attention everybody this just came out…sheriff hieatt was even in the Jeffrey Epstein files you dirty asshole."

20. On May 23, 2026, at approximately 7:20 PM EDT, SAGADY accessed SAGADY's Facebook profile, identification number trent.sagad, from the application on SAGADY's mobile telephone. The first thing SAGADY saw on SAGADY's Facebook news feed was the post described above by MCKINNEY. SAGADY reported MCKINNEY's post to Facebook and notified HIEATT.

21. HIEATT was notified of MCKINNEY's post by SAGADY and others on May 23, 2026, at approximately 7:25 PM EDT. HIEATT accessed Facebook, navigated to MCKINNEY's Facebook profile, identification number jamie.mckinney439752, and saw the post described above. HIEATT also reported the post to Facebook.

22. Shortly after, MCKINNEY's post was removed from Facebook.

23. MCKINNEY then re-posted the AI generated nude image of HIEATT and SEABOLT. Multiple individuals reported MCKINNEY's post which was

removed again. MCKINNEY continued to re-post the image two additional times despite the repeated removals by Facebook.

24. HIEATT notified SEABOLT of MCKINNEY's posts via telephone on May 23, 2026 at approximately 10:15 PM EDT.

25. In an interview with FBI Richmond Division, Bristol Resident Agency, SEABOLT stated the AI generated nude images of SEABOLT were posted by MCKINNEY to MCKINNEY's Facebook profile, identification number jamie.mckinney439752, without her consent. SEABOLT described MCKINNEY's Facebook post as causing significant emotional and psychological damage to her. The original image of HIEATT and SEABOLT was taken in December 2025 at a Tazewell County Sheriff's Office Christmas party where SEABOLT was honored with a plaque commemorating 20 years of service to the Tazewell County Sheriff's Office. SEABOLT also received a plaque as SEABOLT won the employee of the year award which is voted on by Tazewell County Sheriff's Office employees. SEABOLT stated MCKINNEY's post violated the memory of SEABOLT's achievements at Tazewell County Sheriff's Office. MCKINNEY's post also caused SEABOLT significant embarrassment and concern that SEABOLT's minor child would see the post.

26. In an interview with FBI Richmond Division, Bristol Resident Agency, HIEATT stated the AI generated nude images of HIEATT were posted by

MCKINNEY to MCKINNEY's Facebook profile, identification number jamie.mckinney439752, without his consent. HIEATT described MCKINNEY's Facebook post as causing significant disruption to the Tazewell County Sheriff's Office and significant embarrassment, psychological, and emotional damage to HIEATT, HIEATT's wife, and HIEATT's children. HIEATT believes MCKINNEY intentionally made the post to harass the Tazewell County Sheriff's Office and intimidate the employees into not completing their official duties, specifically serving the protective orders on MCKINNEY.

27. On May 23, 2026, Tazewell County Sheriff's Office obtained 8 Misdemeanor Arrest Warrants charging MCKINNEY with violating Virginia Code Section 18.2-386.2 (Unlawful dissemination or sale of images of another). MCKINNEY was arrested on May 25, 2026 by Tazewell County Sheriff's Office. During the booking process and after being advised of the charges, MCKINNEY stated, "I'm guilty of it. Yes, I did post it but everybody else did too." MCKINNEY claimed he did not create the image. MCKINNEY was subsequently released on bond.

28. On May 26, 2026, Tazewell County Sheriff's Office obtained 4 Misdemeanor Arrest Warrants charging MCKINNEY with violating Virginia Code Section 18.2-374 (Production, publication, sale, possession, etc., of obscene items). MCKINNEY was arrested on May 26, 2026 by Tazewell County Sheriff's Office.

During MCKINNEY's bond hearing in front of a Tazewell County Magistrate Judge, MCKINNEY stated, "I'm guilty for sharing that post…"

29. On May 23, 2026, Tazewell County Sheriff's Office submitted a preservation request to Meta for Facebook identification number jamie.mckinney439752. On May 28, 2026, FBI Richmond Division, Bristol Resident Agency submitted a 2703(f) Preservation Request to Meta for Facebook identification number jamie.mckinney439752.

30. On July 9, 2026, FBI Richmond Division, Bristol Resident Agency served a search warrant to Meta Platforms, Inc. pertaining to Facebook identification numbers jamie.mckinney439752.

31. A review of the responsive documents for Facebook identification number jamie.mckinney439752 confirmed the account was owned and utilized by MCKINNEY. MCKINNEY had 631 Facebook friends.

32. MCKINNEY posted the AI generated nude image of HIEATT and SEABOLT for the first time on May 23, 2026 at 7:14:07 PM EDT with the caption "Attention everybody this just came out…sheriff hieatt was even in the Jeffrey Epstein file you dirty asshole." The post was created as a status update and viewable by MCKINNEY's friends. MCKINNEY also specifically tagged 4 individuals on the post. MCKINNEY's post was reported by multiple individuals and removed.

33. MCKINNEY posted the AI generated nude image of HIEATT and SEABOLT for the second time on May 23, 2026, at 7:26:27 PM EDT. MCKINNEY tagged 7 individuals and included the comment “No used to report my post get over if my Facebook you don’t like it get the f*** off.” The post was created as a status update and viewable by MCKINNEY’s friends. MCKINNEY’s post was reported by multiple individuals and removed.

34. MCKINNEY posed the AI generated nude image of HIEATT and SEABOLT for the third time on May 23, 2026, at 7:34:53 PM EDT. MCKINNEY added the comment “Keep taking it down doesn’t matter I keep adding it.” The post was created as a status update and viewable by MCKINNEY’s friends. MCKINNEY’s post was reported by multiple individuals and removed.

35. MCKINNEY posted the AI generated nude image of HIEATT and SEABOLT for the fourth time on May 23, 2026, at 7:58:32 PM EDT. This post was a 15 second video of the still image set to the song “Fucking Dumbass” by Mimeme Master. MCKINNEY added the comment “Keep taking it down doesn’t matter I keep adding it.” The post was created as a Facebook story and viewable by MCKINNEY’s friends.

36. MCKINNEY was notified by Facebook on May 23, 2026, at 7:24:55 PM EDT that Meta Platforms, Inc. had added restrictions to MCKINNEY’s account.

37. All four of the posts containing the AI generated nude image of HIEATT and SEABOLT were made using Internet Protocol address 2601:5c1:301:1880:357a:1b7:37be:4ca6.

38. On September 3, 2026, FBI Richmond Division, Bristol Resident Agency served a Federal Grand Jury Subpoena to Comcast Cable Communications for subscriber information pertaining to 2601:5c1:301:1880:357a:1b7:37be:4ca6 on the date and times of MCKINNEY's posts. A review of the responsive documents revealed the subscriber to be AMBER AUSTIN, a relative of KASSIDY AUSTIN, at 1757 Goss Road, Bluefield, Virginia 24605.

39. MCKINNEY is known to reside with AUSTIN at 1757 Goss Road, Bluefield, Virginia 24605.

40. On May 26, 2026, Tazewell County Sheriff's Office seized MCKINNEY's cellular telephone in a search incident to arrest. Tazewell County Sheriff's Office obtained a state search warrant for the device on May 26, 2026. A review of the forensic download of the device confirmed the device was owned and utilized by MCKINNEY.

41. Review also identified a Facebook Messenger conversation with KEITH WILLIAMS ("WILLIAMS"), Facebook identification number 100000378560526 initiated by WILLIAMS on May 23, 2026. WILLIAMS sent MCKINNEY the AI generated nude image of HIEATT and SEABOLT at 6:57:10

PM EDT. MCKINNEY responded "Thank you" at 7:30:44 PM EDT. Multiple copies of the image were also found saved in the Images section of the forensic download. Device events show the device was unlocked approximately 2-4 minutes prior to each of MCKINNEY's posts described above. In addition, application usage logs show the device was used to access the Facebook application on the date and times of MCKINNEY's posts.

42. On May 26, 2026, Tazewell County Sheriff's Office obtained a written statement from WILLIAMS. WILLIAMS stated he had run into MCKINNEY and discussed MCKINNEY's conflicts with Tazewell County Sheriff's Office. WILLIAMS showed MCKINNEY the AI generated nude image of HIEATT and SEABOLT WILLIAMS has stored on his cellular telephone. MCKINNEY laughed and requested WILLIAMS send him the image. WILLIAMS sent the image to MCKINNEY on Facebook Messenger. WILLIAMS did not know MCKINNEY intended to publicly post the image.

43. At this point in the investigation, the creator of the AI generated nude image of HIEATT and SEABOLT is unknown.

## CONCLUSION

44. Based upon the contents of this affidavit, I respectfully submit there is probable cause to believe that JAMIE MCKINNEY has violated 47 U.S.C. § 223(h)(3)(A).

45. Therefore, I respectfully request that the court issue a warrant authorizing the arrest of JAMIE MCKINNEY, for the above violation.

46. It is respectfully requested that this Court issue an order sealing, until further order of the Court, all papers submitted in support of this application. I believe that sealing these documents is necessary because they are relevant to an ongoing investigation, and for reasons of law enforcement and target safety the documents should remain out of public view at this time. Based upon my training and experience, I have learned that online criminals actively search for criminal affidavits and search warrants via the Internet and disseminate them to other online criminals as they deem appropriate, i.e., post them publicly online. Premature disclosure of the contents of this affidavit and related documents may have a significant and negative impact on the continuing investigation and may jeopardize safety of officers effectuating an arrest.

Lindsey Rosson
Lindsey Rosson, Special Agent
Federal Bureau of Investigation
United States Department of Justice

Sworn to and subscribed to me this 3rd day of November, 2026.

The Honorable Scott Jones
UNITED STATES MAGISTRATE JUDGE

Reviewed by: Randy Ramseyer, AUSA